**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| SERENA MARIE PRENTISS, | NO. 09-46207 |
| DEBTOR | JUDGE: Wedoff |

**NOTICE OF STATEMENT OF OUTSTANDING MORTGAGE OBLIGATIONS**

As you know, our firm represents JPMorgan Chase Bank, National Association in your Chapter 13 Case Number 09-46207. In that capacity, we have been retained to collect a debt provided for by your Chapter 13 Plan.  Accordingly, any information with which you provide this office can and may be used to collect that debt:

01/11-02/11 monthly payment   = $          4,168.58
at $2,084.29 each

TOTAL                         = $          4,168.58

        Respectfully submitted,

        /s/ Josephine J. Miceli
        Attorney for JPMorgan Chase Bank, National Association

Richard B. Aronow ARDC# 03123969
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Christopher R. Murphy ARDC# 06302607
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847)291-1717
Attorneys for Movant
09-032341

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED
WILL BE USED FOR THAT PURPOSE**